EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Irma E. Casiano Santiago | 2003 TSPR 152<br><br>160 DPR _____ |

Número del Caso: TS-10903


Fecha: 17 de octubre de 2003


Oficina de Inspección de Notarías:
                        Lcda. Carmen H. Carlos
                        Directora


Abogada de la Parte Peticionaria:
                        Por Derecho Propio


 Materia: Petición de Reinstalación a la Práctica de la Notaría
          en Puerto Rico

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del
proceso de compilación y publicación oficial de las decisiones
del Tribunal. Su distribución electrónica se hace como un
servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Re:

Irma E. Casiano Santiago

TS-10903

RESOLUCION

San Juan, Puerto Rico, a 17 de octubre de 2003

Examinada la moción informativa presentada por la Oficina de Inspección de Notarías, donde nos informa que la Lcda. Irma E. Casiano Santiago ha subsanado las deficiencias señaladas por dicha Oficina, se ordena la reinstalación de ésta al ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Naveira de Rodón no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo